EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | 2024 TSPR 79<br><br>214 DPR \_\_\_ |

Número del Caso:  TS-4,027 y otros

Fecha:  17 de julio de 2024

Programa de Educación Jurídica Continua:

    Lcda. María C. Molinelli González
    Directora Ejecutiva

Materia: Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la abogacía por incumplir con los requisitos del Programa de Educación Jurídica Continua y las órdenes del Tribunal Supremo.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Suspensiones del ejercicio de
la abogacía por incumplimiento
con el Programa de Educación
Jurídica Continua y las
órdenes de este Tribunal

**Núm.** <u>TS-4,027</u>
y otros

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de julio de 2024.

El 26 de octubre de 2023 y el 27 de febrero de
2024, el Programa de Educación Jurídica Continua (PEJC)
nos refirió un grupo de profesionales del Derecho que
incumplió con los requisitos reglamentarios de educación
continua para uno o más periodos.

Ante ello, emitimos Resoluciones concediendo un
término de veinte (20) días para que los abogados y las
abogadas que no habían comparecido mostraran causa por
la cual no se les debía suspender del ejercicio de la
profesión por incumplir con los requisitos de educación
continua y por no comparecer ante el PEJC cuando les fue
requerido. En vista de la incomparecencia de algunos
profesionales del Derecho, concedimos términos
adicionales de diez (10) días para que estos y estas
cumplieran con la orden para mostrar causa.

Vencidos los términos sin que los abogados y las
abogadas hayan comparecido, y luego de que el PEJC
certificara que se mantienen en incumplimiento,
ordenamos la suspensión inmediata e indefinida del
ejercicio de la abogacía de los siguientes profesionales
del Derecho:

Carmen A. Rodríguez Maldonado   TS-4,265
Marcos A. Ramírez Lavandero     TS-4,696
César J. Almodóvar Marchany     TS-5,572
José A. Vázquez Borrero         TS-5,966
Carlos Rodríguez Quesada        TS-6,079

| | |
|---|---|
| Zoraida Lanausse Soto | TS-6,168 |
| Harold Irizarry López | TS-6,532 |
| Antonio Caballero Fuentes | TS-6,867 |
| Ada González Vega | TS-7,132 |
| Lourdes Rodríguez Villalba | TS-7,185 |
| Roberto Roldán Burgos | TS-8,206 |
| J. Rafael E. Pérez Lloveras | TS-10,220 |
| Rolando López Rivera | TS-11,408 |
| Luis Oscar Berríos Orlandi | TS-11,769 |
| Víctor L. Rodríguez Benítez | TS-13,335 |
| José Ignacio Aguilar Navarro | TS-13,414 |
| Gerardo De León Ramos | TS-13,469 |
| Efraín Valencia Robles | TS-17,751 |
| Yvonne M. Vidal Rodríguez | TS-18,272 |
| Francisco J. Matta Bermúdez | TS-19,175 |

Asimismo, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Jorge Lora Longoria | TS-4,027 |
| Mildred Ríos Rodríguez | TS-5,956 |
| Jorge García Jiménez | TS-8,529 |
| Marjorie A. Stewart Feria | TS-10,955 |
| Juan Gerardo Colón Rivera | TS-13,693 |
| Karen M. Grana Martínez | TS-14,570 |

Se les impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberán además informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tengan asuntos pendientes. Por último, deberán acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días, contado a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se les reinstale cuando lo soliciten.

Por su parte, con relación a los profesionales del Derecho suspendidos del ejercicio de la abogacía y de la notaría, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial y entregarlos al Director de la Oficina de Inspección de Notarías para la investigación y la presentación del informe correspondiente. Además, en virtud de esta suspensión inmediata e indefinida del ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. Asimismo, la fianza se considerará buena y válida por tres años después de su terminación, en cuanto a los actos realizados durante el periodo en que esta estuvo vigente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo